

FILED
8/30/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 1 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Devord Page
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas J. Dart
c/o Muldy
c/o John Doe #1
c/o John Doe #2
c/o John Doe #3
c/o John Doe #4

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:16-cv-8117
Judge Joan B. Gottschall
Magistrate Judge Susan E. Cox
PC8

CHECK ONE ONLY:    AMENDED COMPLAINT

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

"INSTRUCTIONS FOR

M. Coele    M. Coele    M. Coele

Reviewed: 8/2013

August 31, 2016



I. **Plaintiff(s):**
   A. Name: ~~[redacted]~~ Devord page
   B. List all aliases: _____
   C. Prisoner identification number: 20131011240
   D. Place of present confinement: Cook County Jail
   E. Address: 2700 S. California Ave Chicago ILL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas J. Dart
      Title: Sheriff
      Place of Employment: _____

   B. Defendant: C/o Maldy
      Title: Correctional officer
      Place of Employment: Division 8 R.T.U. C.C.D.O.C.

   C. Defendant: John Doe #1 thru #4
      Title: Correctional officers
      Place of Employment: C.C.D.O.C. Division 8 R.T.U.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   Sheriff Dart remains as a nominal defendant to allow plaintiff to identify any unnamed individuals that had responsibilities to address Mr. page's safety. See, e.g., Becker v. Dart. 2015 WL 5084728

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: <u>unknown</u>

    B. Approximate date of filing lawsuit: <u>unknown only Filed one previous Law suit</u>

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: <u>unknown do not have copy of filed law suit</u>

    D. List all defendants: <u>unknown</u>

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): <u>Northern District</u>

    F. Name of judge to whom case was assigned: <u>unknown</u>

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): <u>Dismissed failure to exhuast all remidies</u>

    I. Approximate date of disposition: <u>unknown</u>

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is a civil action under 42 U.S.C. §1983 seeking damages against defendants for their deliberate indifference in failing to protect Mr. Page. Mr. Page's non-affiliation with a gang places him at risk and dispite listed defendants knowledge of conflict between mr. page and another detainee, defendants who were on duty in the relevant area or called for bag-up allowed another detainee to attack and beat mr. page for five to six minutes. Mr. page was injuried busted lip and head tramu, these defendants observed the beating, and allowed mr. page to be beaten by failing to appropriately intervene. This case arises under the united states constitution, 42 U.S.C. §1983, and 42 U.S.C. §1988. This court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343. This court is an appropriate venue for this action pursuant to 28 U.S.C. §1391 (b)(2) because all of the events or omissions giving rise to the claim occurred at the Cook County Jail, which is located in this district at 2700 S. California Ave, Chicago IL 60608. plaintiff Devord page is a detainee being held at the cook county Jail where he's been found guilty of armed Robery and awaits

4

Reviewed: 8/2013

post trial motion and evaluation on rather he was mentally fit to stand trial. Thomas J. Dart is the Cook County sheriff, an independently elected official who oversees the Cook County Jail. C/O Maldy is a correctional officer who serves and protects an employee of Cook County Jail who was on duty in the relevant area when Mr. Page was beaten. John Doe #1 thru #4 are employees of the Cook County Jail who was on duty in the relevant area when Mr. Page was beaten. On May 30th 2016 Mr. Page got into an verbal altercation with and detainee who has military training ex-army, the medical unit is an intensive psychriactric tier and officers often use intimidation to control detainees, where one officer took his equipment belt off and challenge either of us to fight him, while another office said he wanted to see a fight and encouraged the other correctional officers to step back and allow the beating to occur. Mr. Page wrote a grievance which was forwarded to O.P.R. for further investigation, but Mr. Page have received no further response. Mr. Page continues to fear for his safety. All listed above defendants was on notice of a substantial risk to Mr. Pages safety and simply failed to protect Mr. Page. For stated reasons above Mr. Page requests judgement against the defendants as follows:

A. appropriate declaratory relief requiring the Jail to protect Mr. Page from substantial risk that Mr. Page will be assaulted in population because of his non-gang affiliation.

Reviewed: 8/2013

B. For appropriate compensatory damages in an amount to be determined at trial.
C. For appropriate punitive damages in an amount to be determined at trial.
D. For award of reasonable Attorney's fee's and cost.
E. For such other and further relief the court deems just.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Appropriat declaratory relief requiring the Jail to protect mr. page from the substantial Risk that mr. page will be assaulted.
B. For appropriate compensatory damages in an amount to be determined at trial
C. For punitive damages in an amount to be determined at trial
D. For an award of reasonable attorney's fee's and cost
E. For such other and further relief the court deems Just

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of 17, 2016

_____
(Signature of plaintiff or plaintiffs)

Devord Page
(Print name)

20131011240
(I.D. Number)

Cook County Jail
(Address)

# Relief Continuous

- **Nominal Damages** – I'm sueing for nominal damages because while in the custody of Cook County Jail therefore I'm intitled to protection, and this is a failure to protect issue. I also have a right to be free from deliberate indifference and discrimination in which because I'm who I'am and the c/o's didn't like me they deliberatly put me in harm's way.

- **Punitive Damage** – I'm sueing for punitive Damage's because the action's of the officers was so reckless and callous indifferent to my right's that they would put me in so much danger that this event could have resulted in me being Killed.

- **Compensatory Damage's** – I'm sueing for compensatory Damage's because I suffer from multiple mental illnesses such as P.T.S.D, Schizophrenia, Depression and Paranoia and this event just enhanced my illness such as my paranoiaed schizophrenia so I'm always looking over my shoulder. my P.T.S.D so I'm always having flash back's about the event that happen and Dreams that result in me going through Sleep Devation.

Dear Representive my name is Devord Page and I'm currently incurcentrated in Cook County Jail Divison 08 R.T.U. Dorms. My Detainee number is 20131011240. I writing this letter because I'm going through a situation with me and the county Jail regarding failure to protect Now this is what happen On May 30, 2016 I got into a verbal altercation with one of the detainees. The arguement got heated and attracted the attention on the correctional Officer that was working are dorm tier, so the Officer called for back up. Five Officers came to assit the one. When they came in they separtrated us and told us to be set'd on are bed's. They then try'd to defuse the situation one officer was talking to him and another came to talk to me officer Maldy to be extact. Now me and c/o Maldy have bad blood so when we started talking we got into an arguement while we was arguing the other detainee Jumped off his bed and charged to my bed to try to attack me but the officers quickly stoped him before he could get to me. They told him to be seated back on his bed. Then officer Maldy got really anger with us and said taking off his tool belt if anybody what to

wanted to fight they could fight him. The other detainee declined and said I don't have and issue with you my issue is with him, you'll could let me fight him now or I'll fight him when you'll leave. When he said that the officer that was orginally talking to him said and I quote "I want to see a fight anyway" and he looked at the other officers and said to them, do you'll want to see a fight they said yes, and he looked at the other detainee and said to him this better be good. He yelled to officer Maldy that was by me a said step out the way so they can fight so, he and the other five officers stepped back the other detainee charged me and attack'd me I defended myself so we fought until we was bloody and they broke it up and separtrated us. This event resulted in me having a gashed lip. I was then sent to the nurse where the nurse thought the inqury was so serious that she sent me to the Cermack hostipal. Because I'm kind of scared of needles when I got to the hostipal I declined treatment. Now the nurse document is on record and the whole event that took place is on camera audio and visional.

on Back

I wrote out a grievance and the grievance was forwarded to O.P.R and they have told me that the investagation could ~~the~~ take up to 3 years but you know like I know that I have up to 2 years ~~from~~ from the event to take civil action. Now the proper produres are when two detainees are having and altercation that is aggressively progessing their supose to be ~~so~~ totally ~~isla~~ islateded meaning one of us are supose to be moved to ~~and~~ another tier. So that leaves me in the current spot I'm in now. I'm trying to take civil action but I really need help so if you'll willing to help me I'll be greatful.

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 20164660
**INMATE ID #:** 680942

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !
(! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [x] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: ____
- [x] OTHER: O.P.R - I.S

080

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME:** Page
**PRINT - FIRST NAME:** Devord
**INMATE BOOKING NUMBER:** 20131011240
**DIVISION:** 8
**LIVING UNIT:** 4-A
**DATE:** May 31, 2016

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT:** May 30, 2016
**TIME OF INCIDENT:** 9:45 P.M.
**SPECIFIC LOCATION OF INCIDENT:** Div-08-RTU 4A

On this day I got into a verbal altercation with an fellow detainee that quickly became physical. The c/o's that was called to the deck to calm everything down witness the detainee trying to attack me by running off his bed to myne but they stoped him the first time and then multiple c/o's that was on the deck told the others to let us fight so they walked off and let the detainee attack me

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

This event was on camera so I would like the c/o's that was involved to be facing disciplinary penalty's and O.P.R to be notified A.S.A.P. Also I would like an control number for this grievance

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE AND DATE:** Devord Page

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson
**SIGNATURE:** D. Wil
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6/2/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

680942
080

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 20164660

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Page | Denord | 20131011245 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 080 Failure to protect

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO:** O.P.R-IS  **DATE REFERRED:** 6/2/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** see attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| J Mueller | [signature] | IS | 6/2/16 |

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Cindi Thomas | Cindi | | 6/02/16 |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):**

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida):

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud del la apelacion del detenido): ___/___/___

**INMATE'S BASIS FOR AN APPEAL** (Base del detenido para una apelacion):

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐   No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** (Decision o recomendacion por parte del administrador o / su designado(a)):

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): |
|---|---|---|

**INMATE SIGNATURE** (Firma del Preso):

**DATE INMATE RECEIVED APPEAL RESPONSE:** (Fecha en que el Preso recibio respuesta a su apelacion): ___/___/16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE



6 x

## Inmate Grievance Number: <u>20164660</u>

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE COPY**

Devord Page
20131011290
P.O. Box 089002
Chicago IL 60608








**RECEIVED**
AUG 1 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Office of Clerk
of the U.S District
Court United States
Courthouse 219
South Dearborn
St. Chicago IL, 60604

1:16-cv-8117
Judge Joan B. Gottschall
Magistrate Judge Susan E. Cox
PC8