IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVORD PAGE (#Y-15540), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16 CV 8117 |
| v. ) | Honorable Joan B. Gottschall |
| ) | |
| THOMAS J. DART, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR RELIEF FROM ASSIGNMENT

NOW COMES the undersigned appointed counsel, Stephen H. DiNolfo, and respectfully requesting that this Honorable Court grant him relief from assignment to represent Plaintiff, Devord Page, in the above-captioned matter due to a conflict of interest. In support of this motion, appointed counsel states:

1. Plaintiff has pending against Cook County Sheriff Tom Dart and four unnamed correctional officers a claim under 42 U.S.C. § 1983 alleging a failure to protect him against attacks while incarcerated at the Cook County Jail. (See Docket 1.)

2. On February 24, 2017, this Court appointed the undersigned as counsel for Plaintiff. (See Docket 23.)

3. After reviewing the materials available on PACER, the undersigned believes that he and his firm have a conflict of interest. (See Exhibits 1 and 2.)

4. Pursuant to Northern District of Illinois Local Rule 83.38(a)(1), appointed counsel may request relief from an assignment if "some conflict of interest precludes counsel from accepting the responsibilities of representing the party in the action." Local Rule 83.38 further states that "any application by assigned counsel for relief from an order of assignment on any of the grounds set forth in this section shall be made to the judge promptly after the attorney becomes aware of the existence of such grounds."

5. I am a partner at the law firm of Ottosen Britz Kelly Cooper Gilbert & DiNolfo, Ltd. Attorney John Kelly of my firm is counsel for the Cook County Emergency Telephone System Board. (See Exhibit 1.)

6. The Board is comprised of seven members including three members who are either employed or appointed by Sheriff Tom Dart. (See Exhibit 1.)

7. The current executive director of the Board is Deputy Chief Thomas Fleming from the Cook County Sheriff's Department. (See Exhibit 1.)

8. The Cook County Emergency Telephone System Board is an agency of county government that oversees the 911 system in Cook County.

9. Mr. Kelly works closely with the executive director on a variety of legal issues. (See Exhibit 1.)

10. The undersigned is often included in many of the legal matters that arise for the Board. Further, Mr. Kelly and the undersigned regularly discuss legal issues involving the Board. (See Exhibits1 and 2.)

11. The representation of Plaintiff would hinder Ottosen Britz's ability to effectively represent and interact with the Board and its executive director.

12. Based upon the nature of the case and the parties involved, it is the undersigned's position that a conflict exists which would prohibit representation of Plaintiff.

13. The undersigned is therefore unable to accept the assignment in this matter.

WHEREFORE, the undersigned respectfully requests that this Court release him of this assignment to represent Plaintiff and to assign him to a different matter that the Court so chooses.

Respectfully submitted,

/s/ Stephen H. DiNolfo

Stephen H. DiNolfo - ARDC Number: 6206823
Ottosen Britz Kelly Cooper Gilbert & DiNolfo, Ltd.
1804 N. Naper Blvd, Suite 350
Naperville, IL 60563
(630) 682-0085